Elmer Benson, appellee, v. Walter Hochsprung and Albert Hochsprung, individually and trading as Hochsprung Brothers, appellants. Gen. No. 8,582.

Opinion filed February 23, 1933.

George R. Warner and David J. Peffers, for appellants. Charles A. Darling, for appellee.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

Maxcy-Barton Organ Company, appellant, v. Glen Building Corporation, appellee. Gen. No. 8,465.

Opinion filed February 23, 1933.

Church, Haft, Robertson, Crowe & Spence and Samuel J. Howe, for appellant; Egbert Robertson, of counsel. Hadley, Weaver & Woodward, for appellee; Charles W. Hadley, Willard E. Cain and John S. Woodward, of counsel.

Mr. Justice Baldwin delivered the opinion of the court.

Illinois Refining Company, appellee, v. Illinois Oil Company, appellant. Gen. No. 8,485.

Opinion filed February 23, 1933.

Robert W. Olmsted and Poppenhusen, Johnston, Thompson & Cole, for appellant; Floyd E. Thompson, of counsel. Connelly, Walker, Searle & Hubbard and A. B. Honnold, for appellee.

Mr. Justice Baldwin delivered the opinion of the court.

Jennie F. White, defendant in error, v. Frank M. White, plaintiff in error. Gen. No. 8,507.

Opinion filed February 23, 1933.

A. H. Brown, for plaintiff in error; Chester Strawn, of counsel. Hadley, Weaver & Woodward, for defendant in error; Palmer Leren and William C. Atten, of counsel.

Mr. Justice Baldwin delivered the opinion of the court.